[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 06-13988
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 26, 2006
THOMAS K. KAHN
CLERK

D.C. Docket No. 05-01723-CV-ORL-28-JGG
BKCY No. 04-11218-BK-3-G

IN RE:  NICKOLAS C. BALLAS,

                                                        Debtor.

_____

JONATHAN D. LEGG,
DIANE P. LEGG,

                                                        Plaintiffs-Appellants,

          versus

NICKOLAS C. BALLAS,

                                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(December 26, 2006)**

Before DUBINA, CARNES and COX, Circuit Judges.

PER CURIAM:

Jonathan D. Legg and Diane Legg (collectively, "the Leggs") appeal the district court's affirmance of an order of the bankruptcy court that sustained Chapter 7 Debtor Nickolas C. Ballas's objection to the Leggs' motion for an extension of time to file complaints pursuant to 11 U.S.C. §§ 523 and 727. In an appeal from a district court sitting as an appellate court in a bankruptcy case, this court employs the same standards of review as the district court. *In re Int'l Admin. Servs., Inc.*, 408 F.3d 689, 698 (11th Cir. 2005). In this case, we review the bankruptcy court's action for abuse of discretion.

The bankruptcy court found that the Leggs had not exercised sufficient due diligence to demonstrate cause for the requested extension. We find no abuse of discretion in that holding.

AFFIRMED.